AUSA: Andrew Picek  Telephone: (313) 226-9652
AO 91 (Rev. 11/11) Criminal Complaint   Special Agent: Jimmie Pharr  Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Arthur Garduno | Case No. Case: 2:24−mj−30449<br>Assigned To : Unassigned<br>Assign. Date : 10/22/2024<br>Description: COMP USA V.<br>GARDUNO (KB) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 20, 2024__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a Firearm |

This criminal complaint is based on these facts:
See attached Affidavit

☐ Continued on the attached sheet.

_Complainant's signature_

Jimmie Pharr, Special Agent ATF
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: October 22, 2024

_Judge's signature_

City and state: Detroit, MI

Hon. Elizabeth A. Stafford, United States Magistrate Judge
_Printed name and title_

# AFFIDAVIT IN SUPPORT OF
# CRIMINAL COMPLAINT AND ARREST WARRANT

I, Jimmie Pharr, Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn, hereby depose and state as follows:

## I.     INTRODUCTION

1. I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives since January 17, 2016. I am currently assigned to the Detroit Field Division.  I completed twenty-six weeks of training, which was comprised of the Criminal Investigator Training Program and the ATF Special Agent Basic Training program at the Federal Law Enforcement Training Center in Glynco, Georgia. I received extensive training on firearms identification, common scenarios involving firearms and narcotics trafficking, and identification and effects of controlled substances. Additionally, I received training on undercover investigations related to firearms and narcotics trafficking, which included investigative techniques and common subject behavior. I was also employed as a Detroit Police Officer for the City of Detroit for approximately three years, 2013-2016. During my employment with the Detroit Police Department, I conducted and participated in numerous

criminal investigations focused on individuals who illegally possessed firearms and narcotics.

2. This affidavit is in support of criminal complaint and application for an arrest warrant for Arthur GARDUNO for the crime of Title 18, U.S.C. § 922(g)(1), felon in possession of a firearm.

3. The facts in this affidavit come from my personal observations, training, experience, and information obtained from ATF Special Agents, Task Force Officers, Police Officers, Detectives and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested warrant and does not set forth all information known to law enforcement regarding this investigation.

## II. SUMMARY OF THE INVESTIGATION

4. On October 20, 2024, at approximately 11:23 p.m., Detroit Police were in the area of Carbon St. and Dearborn St. in Detroit, MI, working proactive patrol when they observed two males walking west bound on Carbon St from Dearborn St. Officers recognized one of them as Arthur GARDUNO, who on October 12, 2024, fled from Detroit Police in a motor vehicle after they attempted to conduct a traffic stop on the vehicle GARDUNO was driving.

5. Officers stopped to further investigate the two males. Officers arrested GARDUNO for the October 12, 2024 fleeing and eluding based on probable cause. During a search incident to arrest of a fanny pack worn by GARDUNO, officers located an AMT pistol, model: Backup, caliber: .45 ACP, bearing serial number GBA01176. The firearm was loaded with ammunition in the magazine of the firearm.

6. GARDUNO informed officers that he was on federal supervised release. Officers queried the law enforcement information network (LEIN), which confirmed GARDUNO's federal supervised release and found that GARDUNO did not have a valid concealed pistol license.

7. GARDUNO was arrested for carrying a concealed pistol and flee and eluding. GARDUNO was transported to the Detroit Detention Center for processing and without incident.

8. As an ATF Interstate Nexus Agent, I know that AMT pistols are not manufactured in the State of Michigan. Therefore, it is in my preliminary opinion that the above stated firearm traveled in interstate or foreign commerce prior to GARDUNO's possession of the firearm

9. GARDUNO has the following criminal history:

    a. 2009, felony: Breaking & Entering, 3rd Circuit Court, Wayne County.

    b. 2009, felony: Receiving & Concealing Stolen Property, 3rd Circuit Court, Wayne County.

    c. 2010, felony: Unarmed Robbery, 3rd Circuit Court, Wayne County.

    d. 2011, felony: Weapons Felony Firearm, 3rd Circuit Court, Wayne County.

    e. 2021, felony: Felon in Possession of a Firearm, U.S. District Court, Eastern District of Michigan.

10. GARDUNO is on federal supervised release with U.S. Federal probation. I know that it is routine for individuals being released from federal prison to be advised verbally and in writing of their prohibition of possessing firearms. GARDUNO signed a U.S. Federal probation form on July 17, 2024, acknowledging being prohibited from possessing firearms.

### III. CONCLUSION

11. Probable cause exists that Arthur GARDUNO, a convicted felon, was in possession of a pistol, manufactured outside the state of

4

Michigan, knowing that he was a felon and prohibited from possessing any firearms or ammunition, in violation of Title 18, U.S.C. § 922(g)(1).

                                              Jimmie Pharr, Special Agent,
                                              Bureau of Alcohol, Tobacco,
                                                    Firearms and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means.

*Elizabeth A. Stafford*
HON. ELIZABETH A. STAFFFORD
UNITED STATES MAGISTRATE JUDGE